UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOSEPHINE COLE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA ADMINISTRATIVE ) <br> OFFICE OF THE COURTS, SARA BETH ) <br> FULFORD RHODES, Clerk of Superior ) <br> Court, KATHERYN WATSON, Assistant ) <br> Clerk of Superior Court, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:17-CV-54-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss for failure to effect service of process [D.E. 18] and DISMISSES the action without prejudice. The court DISMISSES with prejudice Sara Beth Fulford Rhodes and Katheryn Watson as defendants in their individual capacities. The court DENIES as futile plaintiff's motions for leave to amend her complaint [D.E. 26, 27, 28].

**This Judgment Filed and Entered on January 2, 2018, and Copies To:**

| | |
|---|---|
| Josephine Cole Williams | (Sent to 664 Fox Chase Lane Winterville, NC 28590 via US Mail) |
| Kathryn H. Shields | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

January 2, 2018  (By) /s/ Nicole Briggeman

Deputy Clerk